UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Juan Ortiz,

    Plaintiff,

v.                                      Case No.: 13-13192

Grand Trunk Western Railroad            Honorable Sean F. Cox
Company,

    Defendant.

_____/

## JUDGMENT

For the reasons set forth in an Opinion and Order issued on this date, IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

                                        S/Sean F. Cox
                                        Sean F. Cox
                                        United States District Judge

Dated: September 17, 2014

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 17, 2014, by electronic and/or ordinary mail.

                                        S/Jennifer McCoy
                                        Case Manager